**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

In the Matter of:                                                     Case No:
Carolina Professional Employers, Inc.                    01-04851-8-JRL
    Debtor                                                      Chapter 11

**REPORT ON UNCLAIMED DIVIDENDS**

       NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

       1.     Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| Dr. Susan Andracchi<br>1717 Shipyard Blvd, Suite 140<br>Wilmington, NC 28403 | $342.18 | 06/21/06 |
| Carolina Professional Employers<br>P.O. Box 1526<br>605 E Lyndale Ct.<br>Greenville, NC 27834/27858 | $612.46 | 02/04/08 |

       2.     The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

       WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

       Dated: 3/11/10

                        s/Trawick H. Stubbs, Jr.
                        TRAWICK H. STUBBS, JR.
                        Attorney for the Debtor
                        STUBBS & PERDUE, P.A.
                        Post Office Box 1654
                        New Bern, NC 28563
                        (252) 633-2700
                        (252) 633-9600 (facsimile)
                        N.C. State Bar #4221